GUSTON v. STATE.[*]

(Division A.    Oct. 10, 1927.)

[114 So. 126.    No. 26699.]

CRIMINAL LAW.    *Judgment imposing excessive jail sentence will be reversed only in so far as it fixes punishment, and cause remanded for new sentence.*

In case of imposition of a jail sentence of one month in excess of that permitted by statute, the judgment will be reversed in so far as it fixes the punishment and cause remanded for a new sentence, and in all other respects judgment will be affirmed.

[*]Corpus Juris-Cyc. References: Criminal Law, 17CJ, p. 371, n. 49, 51.

Appeal from circuit court of Jasper county, Second district.

Hon. W. L. Cranford, Judge.

Julia Guston was convicted of an offense, and she appeals. Affirmed in part, and in part reversed and remanded for a new sentence.

*Frank Clark,* for appellant.

*J. A. Lauderdale,* Assistant Attorney-General, for the state.

Smith, C. J., delivered the opinion of the court.

The only error committed herein by the court below is that a jail sentence one month in excess of that permitted by the statute was imposed.

The judgment of the court below will be reversed in so far as it fixes the punishment, and the cause will be remanded for a new sentence, but in all other respects the judgment will be affirmed.

*Reversed in part, and remanded.*